1  MARK D. FLANAGAN (SBN 130303)
   Mark.Flanagan@wilmerhale.com
2  NOAH S. GUINEY (SBN 324079)
     Noah.Guiney@wilmerhale.com
3  WILMER CUTLER PICKERING
     HALE AND DORR LLP
4  2600 El Camino Real, Suite 400
5  Palo Alto, California 94306
   Telephone: (650) 858-6000
6  Facsimile: (650) 858-6100

7  DAVID W. BOWKER (SBN 200516)
8  (*pro hac vice forthcoming*)
   David.Bowker@wilmerhale.com
9  WILMER CUTLER PICKERING
     HALE AND DORR LLP
10 1875 Pennsylvania Avenue NW
   Washington, DC 20006
11 Telephone: (202) 663-6000
12 Facsimile: (202) 663-6363

13 *Attorneys for Defendants Sina.com Online and Weibo R&D, Limited*

14            **IN THE UNITED STATES DISTRICT COURT**

15         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

16                      **SAN JOSE DIVISION**

17 | GEOSOLUTIONS B.V. and | Case No.   5:21-cv-08019 |
   | GEOSOLUTIONS HOLDINGS N.V., | |
18 | | **NOTICE OF APPEARANCE** |
19 |                 Plaintiffs, | |
20 |         v. | |
21 | | |
22 | SINA.COM ONLINE and WEIBO R&D, | |
23 | LIMITED, | |
24 |                 Defendants. | |
25
26
27
28

1    **TO ALL PARTIES, COUNSEL OF RECORD, AND THE CLERK OF THE COURT**:

2          PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 5-1(c), Noah S. Guiney of Wilmer

3    Cutler Pickering Hale and Dorr LLP hereby enters his appearance in this action as counsel of record for

4    Defendants Sina.com Online and Weibo R&D, Limited.  For purposes of receipt of Notices of Electronic

5    Filing, contact information for counsel is as follows:

6

7          Noah S. Guiney          noah.guiney@wilmerhale.com

8

9

10

11   Dated:  October 13, 2021                    Respectfully submitted,

12

13                                        By:  */s/ Noah S. Guiney*

14                                        NOAH S. GUINEY (SBN 324079)
                                            Noah.Guiney@wilmerhale.com
15                                        WILMER CUTLER PICKERING
                                            HALE AND DORR LLP
16                                        2600 El Camino Real, Suite 400
17                                        Palo Alto, California 94306
                                          Telephone: (650) 858-6000
18                                        Facsimile: (650) 858-6100

19                                        *Attorney for Defendants Sina.com Online*
20                                        *and Weibo R&D, Limited.*

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE